UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06CR3-V |
| | ) | |
| vs. | ) | |
| | ) | |
| MELVIN JESSE HAROLD BLAIN | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion for Determination of Competency and Motion for Psychiatrist Examination. This motion is made pursuant to 18 U.S.C. §§ 4241.

Upon examination of the record , the Court finds that reasonable cause exists to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS THEREFORE ORDERED** that Defendant's motion is **GRANTED**, and that:

1. Defendant be committed forthwith to the custody of the Attorney General for placement in a suitable facility for the purpose of a psychiatric or psychological examination of Defendant pursuant to 18 U.S.C. §§ 4241(b);

2. That the time period for the examination be calculated to begin upon the Defendant's arrival at the designated institution; and

3. That the report of the results of such examination be filed with the Court with copies provided to defense counsel and the United States Attorney's Office as required by 18 U.S.C. § 4247(c).

The Clerk is directed to certify copies of this Order to defense counsel, the United States

Attorney's Office, the United States Marshal, and the Warden of the designated institution.

Signed: April 20, 2006

David C. Keesler
United States Magistrate Judge